UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MOHAMMED FADLELSEED,

                Plaintiff,

-against-

ABM AVIATION JFK,

                Defendant.
-----------------------------------------------------------------x

**ORDER**

23-CV-4559 (LDH) (RER)

RAMON E. REYES JR, United States Magistrate Judge

    Plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. The United States Marshals Service is hereby directed to serve the summons and the complaint upon defendant without prepayment of fees.

    SO ORDERED.

Hon. Ramon E. Reyes, Jr.
Digitally signed by Hon. Ramon E. Reyes, Jr.
Date: 2023.06.27 16:59:48 -04'00'

RAMON E. REYES JR.
United States Magistrate Judge

Dated: Brooklyn, New York
       June 27, 2023